FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 FEB -5 PM 3: 24

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

TIM FOOTE,

**Plaintiff,**

v.  Case No: 6:18-cv-73-Orl-40TBS

**TRANS UNION LLC and**
**CONTINENTAL SERVICE GROUP,**

**Defendants.**

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 2, 2018;

By: *Tim : Foote*, without prejudice;
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive
Unit 159
Orlando, Florida, 32803
Cellular telephone: 407-633-9297