**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIM FOOTE

    Plaintiff,                                       Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC, d/b/a
CONSERVE

    Defendants.

_____/

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Lippes Mathias Wexler Friedman LLP, by Christopher A. Walker, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Continental Service Group, Inc., d/b/a ConServe, and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

Dated: February 15, 2018

                                         Respectfully submitted,

                                         /s Christopher A. Walker
                                         Christopher A. Walker, Esq.
                                         Lippes Mathias Wexler Friedman LLP
                                         *Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
                                         882 U.S. Highway A1AN, Suite 100
                                         Ponte Verde Beach, Florida 32082
                                         P: 904-660-0020
                                         F: 904-660-0029
                                         cwalker@lippes.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing Notice of Appearance via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Notice of Appearance was also sent by first class mail to Plaintiff Tim Foote at:

    Tim Foote
    3208-C East Colonial Drive, Unit 159
    Orlando, Florida 32803

                          /s Christopher A. Walker
                          Christopher A. Walker, Esq.