IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; | § | |
| CONTINENTAL SERVICE | § | Civil Action No. **6:18-cv-73-ORL-40-TBS** |
| GROUP, INC., d/b/a | § | |
| CONSERVE, | § | |
| | § | Demand for trial by jury |
| Defendants. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the RELATED CASE ORDER AND TRACK TWO NOTICE and the CASE MANAGEMENT REPORT (all documents with all attachments: 16 pages total) was mailed today by first class mail on the service list indicated below.

1. Christopher A. Walker, Esq.,
Lippes Mathias Wexler Friedman LLP,
*Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

Date: 2/19/2018

By: Tim: Foote, without prejudice;
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803;
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net

FILED

2018 FEB 20 AM 9: 12

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TRANS UNION LLC; CONTINENTAL SERVICE GROUP, INC., d/b/a CONSERVE, | § § § § § § | Civil Action No. **6:18-cv-73-ORL-40-TBS** <br><br> Demand for trial by jury |
| Defendants. | § § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF PENDANCY OF OTHER ACTIONS was mailed today by first class mail on the service list indicated below.

1. Christopher A. Walker, Esq.,
Lippes Mathias Wexler Friedman LLP,
*Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

Date: 2/19/2018

By: _Tim: Foote, without prejudice;_
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803;
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net