# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIM FOOTE,**

    **Plaintiff,**

**v.**                                                                               Case No:   6:18-cv-73-Orl-40TBS

**TRANS UNION LLC and**
**CONTINENTAL SERVICE GROUP,**

    **Defendants.**

## ORDER TO SHOW CAUSE

The plaintiff was given fourteen (14) days to respond to an Interested Persons Order (Doc. No. 3) filed January 30, 2018.  Plaintiff has failed to respond and is hereby **ORDERED TO SHOW CAUSE** by written response to be filed within **fourteen (14)** days from the date of this Order why sanctions should not be imposed, to include dismissal of this case, for failure to respond to the Interested Persons Order.

**DONE** and **ORDERED** in Orlando, Florida, on March 5, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party