**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TIM FOOTE

    Plaintiff,                                                                 Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC, d/b/a
CONSERVE

    Defendants.
_____/

**DEFENDANT CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    TIM FOOTE
    Plaintiff, Pro Se
    3208-C East Colonial Drive
    Unit 159
    Orlando, FL 32803
    P: 407-633-9297
    non-assumpsit@safe-mail.net

    CONTINENTAL SERVICE GROUP, INC.
    Counsel for Defendant:
    Christopher Walker, Esq.
    Lippes Mathias Wexler Friedman LLP
    822 N A1A, Suite 100
    Ponte Verda Beach, FL 32082
    P: 904-660-0020
    F: 904-660-0029
    cwalker@lippes.com

TRANS UNION, LLC
Counsel for Defendant:
Paul W. Sheldon, Esq.
Strasburger & Price LLP
2600 Sallas Parkway, Suite 600
Frisco, TX 75034

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None*.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or 20 largest unsecured creditors) in bankruptcy cases:

*None*.

4.  The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

TIM FOOTE

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 5, 2018

                                Respectfully submitted,

                                /s Christopher Walker
                                Christopher Walker, Esq.
                                FBN: 114793
                                Lippes Mathias Wexler Friedman LLP
                                822 N A1A, Suite 100
                                Ponte Verda Beach, FL 32082
                                P: 904-660-0020
                                F: 904-660-0029
                                cwalker@lippes.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Finally, I certify the foregoing document was served via U.S. Mail to:

> TIM FOOTE
> 3208-C East Colonial Drive
> Unit 159
> Orlando, FL 32803

/s Christopher Walker
Lippes Mathias Wexler Friedman LLP
Christopher Walker, Esq.
FBN: 114793