FILED
2018 MAR -6 AM 8:55

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; | § | |
| CONTINENTAL SERVICE | § | Civil Action No. **6:18-cv-73-ORL-40-TBS** |
| GROUP, INC., d/b/a | § | |
| CONSERVE, | § | |
| | § | Demand for trial by jury |
| Defendants. | § | |

**Plaintiff's Response to this Court's ORDER TO SHOW CAUSE (Doc. No. 10)**

The Plaintiff apologizes for the delay; however, the Plaintiff's CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was sent to the Clerk of Court by way of first class mail on Friday, March 2, 2018, from within the Middle District of Florida. Both Defendants signed the Waiver of Summons, and said Waivers have been filed with the Clerk of the Court, giving both Defendant's sixty (60) days from January 18, 2018, to file an appropriate response; however, only one Defendant has filed a Notice of Appearance; the other Defendant has not made any appearance as of today's date and the Plaintiff was not precisely sure who was to be the Attorney of Record; the Plaintiff was hoping to have all of the correct information for the aforementioned CERTIFICATE before filing the aforementioned CERTIFICATE, and the *Pro se* Plaintiff apologizes again for any misunderstanding and apologizes for the delay; hopefully, the

aforementioned CERTIFICATE has been duly received by first class mail by the Clerk of the Court by the time the Plaintiff files his response to this Court's ORDER TO SHOW CAUSE. Respectfully,

Date: March 6, 2018

By: _Tim : Foote, without prejudice_
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive
Unit 159
Orlando, Florida, 32803
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net

## CERTIFICATE OF SERVICE

I hereby certify that the **Plaintiff's Response to this Court's ORDER TO SHOW CAUSE (Doc. No. 10)** was filed today with the Clerk of Court and a copy was mailed today by first class mail to the service list indicated below.

1. Christopher A. Walker, Esq.
Lippes Mathias Wexler Friedman LLP
*Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

2. Paul W. Sheldon
Strasburger & Price, LLP
*Attorneys for Defendant Trans Union LLC*
2600 Dallas Parkway, Suite 600
Frisco, Texas, 75034

Date: March 6, 2018

By: *Tim : Foote,* without prejudice
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive
Unit 159
Orlando, Florida, 32803
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net