FILED
2018 MAR -6 AM 9:50
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; | § | |
| CONTINENTAL SERVICE | § | Civil Action No. **6:18-cv-73-ORL-40-TBS** |
| GROUP, INC., d/b/a | § | |
| CONSERVE, | § | |
| | § | Demand for trial by jury |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. TIM FOOTE, PLAINTIFF

    b. Continental Service Group, Inc., d/b/a ConServe;

    b. Christopher A. Walker, Esq., Lippes Mathias Wexler Friedman LLP
       *Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe;*

    c. Trans Union LLC;

    d. Paul W. Sheldon, Strasburger & Price, LLP
       *Attorneys for Defendant Trans Union LLC*

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   [None identified at this time.]

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   [None identified at this time.]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. TIM FOOTE, PLAINTIFF

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: March 2, 2018

By: *Tim : Foote, Without prejudice;*
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Cellular telephone:   407-633-9297
E-mail:   non-assumpsit@safe-mail.net

## CERTIFICATE OF SERVICE

I hereby certify that the CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of Court and a copy was mailed today by first class mail to the recipients enumerated below.

1. Christopher A. Walker, Esq.
Lippes Mathias Wexler Friedman LLP
*Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

2. Paul W. Sheldon
Strasburger & Price, LLP
*Attorneys for Defendant Trans Union LLC*
2600 Dallas Parkway, Suite 600
Frisco, Texas, 75034

Date: *March 2, 2018*

By: *Tim : Foote, without prejudice;*
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net