FILED
2018 MAR -6  AM 9: 50
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | |
|---|---|
| TIM FOOTE, § § Plaintiff, § § v. § § TRANS UNION LLC; § CONTINENTAL SERVICE § GROUP, INC., d/b/a § CONSERVE, § § Defendants. § § | Civil Action No. **6:18-cv-73-ORL-40-TBS** Demand for trial by jury |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF PENDANCY OF OTHER ACTIONS was mailed today by first class mail on the service list indicated below.

1. Paul W. Sheldon
Strasburger & Price, LLP
*Attorneys for Defendant Trans Union LLC*
2600 Dallas Parkway, Suite 600
Frisco, Texas, 75034

Date: March 2, 2018

By: *Tim: Foote*, without prejudice;
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803;
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net

FILED
2018 MAR -6 AM 9:50
U.S. DISTRICT COURT
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | |
|---|---|
| TIM FOOTE, § § Plaintiff, § § v. § § TRANS UNION LLC; § CONTINENTAL SERVICE § GROUP, INC., d/b/a § CONSERVE, § § Defendants. § | Civil Action No. **6:18-cv-73-ORL-40-TBS** Demand for trial by jury |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the RELATED CASE ORDER AND TRACK TWO NOTICE and the CASE MANAGEMENT REPORT (all documents with all attachments: 16 pages total) was mailed today by first class mail on the service list indicated below.

1. Paul W. Sheldon
Strasburger & Price, LLP
*Attorneys for Defendant Trans Union LLC*
2600 Dallas Parkway, Suite 600
Frisco, Texas, 75034

Date: March 2, 2018

By: _Tim: Foote, without prejudice;_
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803;
Cellular telephone: 407-633-9297
E-mail: non-assumpsit@safe-mail.net