IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                           CASE NO.: 6:18-cv-00073-PGB-TBS

TRANS UNION LLC; CONTINENTAL
SERVICES GROUP, INC. d/b/a CONSERVE,

    Defendants.        /

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TRANS UNION LLC TO FILE ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorneys of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

    1.     Trans Union was served with Plaintiff's Complaint on November 27, 2017, and its response to the Complaint is due on March 19, 2018.

    2.     Trans Union's time to plead in response to the Complaint has not yet expired.

    3.     Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion as well as engage in early resolution discussions with Plaintiff.

    4.     On March 15, 2018, Paul Sheldon, regional counsel for Trans Union, contacted Plaintiff regarding an extension, and Plaintiff agreed to such extension and is unopposed to Trans Union's request for a 14-day extension of time in which to answer or otherwise respond to the Complaint up to and including April 2, 2018.

    5.     This request for an extension of time is not opposed by Plaintiff, has been agreed

to, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.

6. No party would be prejudiced by the extension. The case was recently filed and no substantive activities have taken place.

7. Trans Union does not request oral argument on the Motion.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting its Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension of time to file its responsive pleadings to the Complaint until on or before April 2, 2018; and (3) awarding Trans Union such further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**
Florida Bar No. 0089214
**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
Email: fcosmen@qpwblaw.com
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties:

Christopher Walker
Lippes Mathias Wexler Friedman LLP
822 N. A1A, Suite 100
Ponte Vedra Beach, FL 32082
(904) 660-0020
(904) 660-0029 Fax
cwalker@lippes.com
***Counsel for Continental Service Group***

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Tim Foote
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
***Pro Se Plaintiff***

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**