UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                                Case No:   6:18-cv-73-Orl-40TBS

TRANS UNION LLC and CONTINENTAL
SERVICE GROUP,

    Defendants.

## ORDER

The Unopposed Motion for Extension of Time for Defendant Trans Union LLC to File Answer or Otherwise Respond to Plaintiff's Complaint (Doc. 16), is **GRANTED**. Defendant Trans Union LLC has through April 2, 2018 to respond to Plaintiff's complaint.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties