IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

   Plaintiff,

v.            CASE NO.: 6:18-cv-00073-PGB-TBS

TRANS UNION LLC; CONTINENTAL
SERVICE GROUP, INC. d/b/a CONSERVE,

   Defendants.   /

## NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND DEFENDANT TRANS UNION LLC

  PLEASE TAKE NOTE THAT Plaintiff, Tim Foote ("Plaintiff") and Defendant, Trans Union LLC ("Trans Union") have reached an agreement on all material terms required to settle all of Plaintiff's claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit.

           Respectfully submitted,

           */s/ Franklin G. Cosmen, Jr.*
           **FRANKLIN G. COSMEN, JR.**
           Florida Bar No. 0089214
           **QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
           9300 S. Dadeland Blvd, 4th Floor
           Miami, Florida  33156
           Telephone: (305) 670-1101
           Facsimile:  (305) 670-1161
           Email: fcosmen@qpwblaw.com
           **COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Christopher Walker
Lippes Mathias Wexler Friedman LLP
822 N. A1A, Suite 100
Ponte Vedra Beach, FL 32082
(904) 660-0020
(904) 660-0029 Fax
cwalker@lippes.com
***Counsel for Continental Service Group***

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Tim Foote
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
***Pro Se Plaintiff***

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**