IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE

    Plaintiff,	Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC., d/b/a
CONSERVE

    Defendants.
_____/

**DEFENDANT CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE'S MOTION REQUESTING LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS <u>MOTION TO DISMISS</u>**

Pursuant to the Middle District of Florida Local Rule 3.01(c), Defendant Continental Service Group, Inc., d/b/a ConServe ("ConServe") moves for leave to file a Reply Brief in further support of its Motion to Dismiss Plaintiff Tim Foote's ("Plaintiff") Complaint. (Dkt. 18).

Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum or directed to the motion or response allowed in (a) and (b) unless the Court grants leave." Local Rule 3.01(c). As stated by this Court, "[t]he purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2011 WL 2729145, at *2 (M.D. Fla. 2011).

Here, good cause exists to grant ConServe's Motion for Leave. Plaintiff's Opposition to ConServe's Motion to Dismiss (Dkt. 22) contains numerous mischaracterizations of fact and misapplication of law, both of which require clarification. Plaintiff focuses his Opposition almost entirely on the infrequency of, and content included in the correspondence between Plaintiff and ConServe. In doing so, Plaintiff suggests that his displeasure with the timeliness of prior

correspondence with ConServe and apparent lack of knowledge relating to ConServe's status as a debt collector servicing a debt Plaintiff owed to the United States Department of Education somehow establishes a plausible cause of action pursuant to the Fair Credit Reporting Act ("FCRA"). This is incorrect and misconstrues the standard of law governing a motion to dismiss and the FCRA causes of action asserted in the Complaint. ConServe requests the opportunity to respond to and dispose of Plaintiff's various arguments in that regard.

Moreover, Plaintiff articulates his arguments in opposition to ConServe's Motion to Dismiss in the form of questions. For example, Plaintiff asks how or why ConServe's December 7, 2017 letter is helpful to its Motion to Dismiss and what permissible purpose ConServe is claiming. ConServe requests the opportunity to clarify for the Court the relevant facts at issue in its Motion to Dismiss and simultaneously reply to Plaintiff's questions. Lastly, Plaintiff references allegations relating to ConServe and the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff has not asserted a claim pursuant to the FDCPA and ConServe requests the opportunity to respond to that position accordingly.

Simply put, ConServe submits this Court should grant leave to file a Reply because a Reply Brief will aid the Court in the resolution of the underlying Motion to Dismiss. *See, e.g., Allied Portables, LLC v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. 2016). Accordingly, ConServe requests the Court grant it leave to file an eight (8) page Reply Brief within ten (10) days of this Court granting the instant application.

Dated: April 5, 2018

                                            Respectfully submitted,

                                            <u>/s Christopher A. Walker</u>
                                            Christopher A. Walker, Esq.
                                            Lippes Mathias Wexler Friedman LLP
                                            *Attorneys for Defendant Continental Service*
                                            *Group, Inc. d/b/a ConServe*
                                            882 U.S. Highway A1AN, Suite 100
                                            Ponte Verde Beach, Florida 32082
                                            P: 904-660-0020
                                            F: 904-660-0029
                                            cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, I electronically filed the foregoing Motion via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Motion was also sent by first class mail to Plaintiff Tim Foote at:

Tim Foote
3208-C East Colonial Drive, Unit 159
Orlando, Florida 32803

/s Christopher A. Walker
Christopher A. Walker, Esq.

**LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), Defendant's attorneys conferred in good faith with Plaintiff in an attempt to resolve the issues raised by this motion. However, Plaintiff did not consent to the relief requested in this Motion.

/s Christopher A. Walker
Christopher A. Walker, Esq.