IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                    CASE NO.: 6:18-cv-00073-PGB-TBS

TRANS UNION LLC; CONTINENTAL
SERVICE GROUP, INC. d/b/a CONSERVE,

    Defendants.          /

**CORRECED JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH
PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Tim Foote ("Plaintiff") and Trans Union LLC ("Trans Union"), one of the Defendants herein, hereby file this Corrected Stipulation of Dismissal with Prejudice as to Trans Union Only and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Trans Union LLC to be determined by this Court.

On March 28, 2018 a Notice of Settlement as to Trans Union was filed (Doc. No. 19). Plaintiff and Trans Union have reached a settlement agreement and hereby stipulate that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and any attorney's fees to be paid by the party incurring same. As such, the parties respectfully request entry of a Final Order of Dismissal with Prejudice in this matter as to all of Plaintiff's claims against Trans Union.

Respectfully submitted,

By: *Tim Foote* (signature)

Tim Foote
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
***Pro Se Plaintiff***

and

(signature)

**FRANKLIN G. COSMEN, JR.**
Florida Bar No. 0089214
**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
Email: fcosmen@qpwblaw.com

***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Christopher Walker
Lippes Mathias Wexler Friedman LLP
822 N. A1A, Suite 100
Ponte Vedra Beach, FL 32082
(904) 660-0020
(904) 660-0029 Fax
cwalker@lippes.com
*Counsel for Continental Service Group*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Tim Foote
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
*Pro Se Plaintiff*

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**