FILED
2018 APR 20 PM 3: 02
MIDDLE DISTRICT COURT
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; | § | |
| CONTINENTAL SERVICE | § | Civil Action No. **6:18-cv-73-ORL-40-TBS** |
| GROUP, INC., d/b/a | § | |
| CONSERVE, | § | |
| | § | Demand for trial by jury |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO DEFENDANT CONSERVE'S REPY BRIEF, DOCUMENT NUMBER [25]

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now, TIM FOOTE (Plaintiff), who respectfully requests leave of the Court to file a reply to the Defendant CONSERVE'S reply brief [Document 25], in order to address the deficiencies, misleading statements, and mischaracterizations made by the Defendant CONSERVE regarding the Plaintiff's opposition to ConServe's Motion to Dismiss. The proposed filing shall not exceed four (4) pages.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court to enter an order granting leave to file his short reply brief where the facts brought forth therein are material to the issues before this Court.

Date: April 19, 2018

By: Tim:Foote, without prejudice

TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Telephone: 407-633-9297;
Email: non-assumpsit@safe-mail.net

## CERTIFICATE OF COMPLIANCE

As per Local Rule 3.01g: I hereby certify that I have conferred with the opposing counsel for the Defendant CONTINENTAL SERVICE GROUP, INC., d/b/a CONSERVE, in regard to the **PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO DEFENDANT CONSERVE'S REPY BRIEF, DOCUMENT NUMBER [25]**, and I hereby certify that the counsel for the Defendant CONTINENTAL SERVICE GROUP, INC, d/b/a CONSERVE, does **oppose** this motion.

Date: April 19, 2018

By: *Tim: Foote, without prejudice*
TIM FOOTE, Plaintiff, *Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that the document **PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO DEFENDANT CONSERVE'S REPY BRIEF, DOCUMENT NUMBER [25]** was filed today with the Clerk of Court, and a copy will be conveyed by first class mail on the service list enumerated below by no later than April 20, 2018.

1. Christopher A. Walker, Esq.
Lippes Mathias Wexler Friedman LLP
*Attorneys for Defendant Continental Service Group, Inc., d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

Date: April 19, 2018

By: Tim : Foote, without prejudice
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Telephone: 407-633-9297
Email: non-assumpsit @safe-mail.net