**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TIM FOOTE

    Plaintiff,                                                     Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC., d/b/a
CONSERVE

    Defendants.
_____/

**DEFENDANT CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE'S**
**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT**
**TO FILE SUR-REPLY**

On April 6, 2018, this Court granted Defendant Continental Service Group, Inc., d/b/a ConServe's ("ConServe") Motion for Leave to file a Reply Brief. (Dkt. 24). On April 16, 2018, ConServe filed a 4 page Reply Brief responding to various argument raised in Plaintiff's Opposition Brief. (Dkt. 25). Plaintiff has now filed a Motion requesting Leave to file a Sur-reply. (Dkt. 29). Simply put, Plaintiff's Motion should be denied.

Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum or directed to the motion or response allowed in (a) and (b) unless the Court grants leave." Local Rule 3.01(c). A sur-reply should only be granted in extraordinary circumstances. *See Hamprecht v. Hamprecht*, 2012 WL 12905607, at *1 (M.D. Fla. 2012). Plaintiff bases his Motion on the ground that he must address "deficiencies, misleading statements, and mischaracterizations" made by ConServe in its Reply Brief. However, there were no novel issues raised in ConServe's Reply Brief. Instead, it was limited to responding to arguments raised by Plaintiff in his Brief in Opposition to ConServe's Motion to Dismiss.

Ultimately, Plaintiff cites no provision in either the Local Rules or the Federal Rules of Civil Procedure which entitles him to file a Sur-reply. Plaintiff simply seeks the last word, which deprives ConServe of that right as the moving party. Accordingly, a Sur-reply is unwarranted as there is no basis in this record to justify same. Plaintiff's Motion for Leave of Court to file a Sur-reply should be denied.

Dated: April 20, 2018

                                        Respectfully submitted,

                                        /s Christopher A. Walker
                                        Christopher A. Walker, Esq.
                                        Lippes Mathias Wexler Friedman LLP
                                        *Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
                                        882 U.S. Highway A1AN, Suite 100
                                        Ponte Verde Beach, Florida 32082
                                        P: 904-660-0020
                                        F: 904-660-0029
                                        cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, I electronically filed the foregoing Brief via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Motion was also sent by first class mail to Plaintiff Tim Foote at:

Tim Foote
3208-C East Colonial Drive, Unit 159
Orlando, Florida 32803

/s Christopher A. Walker
Christopher A. Walker, Esq.