**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TIM FOOTE,

       Plaintiff,

v.                                                                Case No:  6:18-cv-73-Orl-40TBS

TRANS UNION LLC and
CONTINENTAL SERVICE GROUP,

       Defendants.
_____/

## ORDER

This cause is before the court following review of the Corrected Joint Stipulation for Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC Only, in which the parties stipulate to the dismissal of the above-captioned action. (Doc. 28). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to terminate Trans Union LLC ONLY from the file.

**DONE AND ORDERED** in Orlando, Florida on April 23, 2018.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties