FILED

2018 MAY 29  PM 2: 28

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; | § | |
| CONTINENTAL SERVICE | § | Civil Action No. **6:18-cv-73-ORL-40-TBS** |
| GROUP, INC., d/b/a | § | |
| CONSERVE, | § | |
| | § | Demand for trial by jury |
| Defendants. | § | |

### PLAINTIFF'S NOTICE TO THE COURT OF THE DEFENDANT CONSERVE'S FAILURE TO COMPLY WITH LOCAL RULE 3.05(c)(2)(B)

The Plaintiff respectfully informs the Court that after several email communication conference volleys by and between the Plaintiff and the Defendant ConServe, the Defendant continues to fail to comply with Local Rule 3.05(c)(2)(B) requiring the parties to meet at this time for the purpose of preparing and filing a case management report which, according to the Local Rule, must occur regardless of the pendency of any undecided motions and under the pre-conditions prescribed by the Local Rule.

Date: May 25, 2018

By: _Tim : Foote, without prejudice_
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Telephone: 407-633-9297;
Email: non-assumpsit@safe-mail.net

## CERTIFICATE OF SERVICE

I hereby certify that the document <u>PLAINTIFF'S NOTICE TO THE COURT OF THE DEFENDANT CONSERVE'S FAILURE TO COMPLY WITH LOCAL RULE 3.05(c)(2)(B)</u> was filed today with the Clerk of Court, and a copy will be conveyed by first class mail on the service list enumerated below by no later than May 25, 2018.

1. Christopher A. Walker, Esq.
Lippes Mathias Wexler Friedman LLP
*Attorneys for Defendant Continental Service Group, Inc., d/b/a ConServe*
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida 32082

Date: May 25, 2018

By: *Tim : Foote*, without prejudice
TIM FOOTE, Plaintiff, *Pro se*
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Telephone: 407-633-9297
Email: non-assumpsit @safe-mail.net