**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIM FOOTE

    Plaintiff,                                                    Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC., d/b/a
CONSERVE

    Defendants.
_____/

**DEFENDANT CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE'S
RESPONSE TO PLAINTIFF'S NOTICE**

Defendant Continental Service Group, Inc., d/b/a ConServe ("ConServe") submits this Response to Plaintiff Tim Foote's ("Plaintiff") Notice entered onto the Docket on May 29, 2018. (Dkt. 34).

ConServe is aware of Local Rule 3.05(c)(2)(B)'s requirement that ConServe and Plaintiff meet to discuss the Case Management Report with 60 days of the first appearance of ConServe, regardless of the pendency of a motion. However, ConServe did not schedule a meeting as required by Local Rule 3.05(c)(2)(B) because its Motion to Stay Discovery, filed on May 14, 2018, was unopposed. (Dkt. 33). On May 31, 2018, the Court denied ConServe's Motion to Stay Discovery and instructed ConServe to file a response to Plaintiff's Notice within seven days. (Dkt. 35).

Now that ConServe's Motion to Stay Discovery has been denied, ConServe will undoubtedly comply with Local Rule 3.05(c)(2)(B). However, for the reasons stated in its Motion dated June 2, 2018, ConServe has requested permission to conduct the Scheduling Conference by telephone. (Dkt. 36). Pending the Court's decision, ConServe is ready and willing to comply with

Local Rule 3.05(c)(2)(B) on a mutually convenient date for all parties.

Dated: June 4, 2018

    Respectfully submitted,

    /s Christopher A. Walker
    Christopher A. Walker, Esq.
    Lippes Mathias Wexler Friedman LLP
    *Attorneys for Defendant Continental Service Group, Inc. d/b/a ConServe*
    882 U.S. Highway A1AN, Suite 100
    Ponte Verde Beach, Florida 32082
    P: 904-660-0020
    F: 904-660-0029
    cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2018, I electronically filed the foregoing Response via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Response was also sent by first class mail to Plaintiff Tim Foote at:

Tim Foote
3208-C East Colonial Drive, Unit 159
Orlando, Florida 32803

/s Christopher A. Walker
Christopher A. Walker, Esq.