UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.     Case No:   6:18-cv-73-Orl-40TBS

CONTINENTAL SERVICE GROUP,

    Defendant.

## ORDER

This cause comes on for consideration of Defendant's Motion to Excuse In-Person Scheduling Conference (Doc. 36) and Plaintiff's response (Doc.37). The motion is **DENIED.** However, in the interest of convenience and to alleviate defense counsel's unspecified "concerns," the parties shall conduct their in-person meeting, after passing through security, at a state or federal courthouse of their choosing, located between Orlando and Ponte Vedra Beach, Florida. Should the parties be unable to agree on a courthouse, the meeting shall be held in the Golden-Collum Memorial Federal Building & U.S.Courthouse, 207 N. W. Second Street Ocala, Florida 34475.

**DONE** and **ORDERED** in Orlando, Florida on June 5, 2018.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties