IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

CASE NUMBER: 6:18-cv-00073-PBG-TBS

TIM FOOTE,

    Plaintiff.

v.

TRANS UNION LLC; CONTINENTAL
SERVICE GROUP, INC., d/b/a
CONSERVE,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION

COMES NOW Melanie Mucario, Esq. and LIPPES MATHIAS WEXLER FRIEDMAN LLP and gives Notice to this Honorable Court and all interested Parties of the appearance of Melanie A. Mucario, Esq. and LIPPES MATHIAS WEXLER FRIEDMAN LLP as counsel for CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE in this matter, and requests that copies of all future documents, pleadings, motions and other papers in this action be provided to the undersigned at the address provided below.

Primary Email Address: MMucario@lippes.com
Secondary Email Address: BRowand@lippes.com

Respectfully submitted this 11th day of June, 2018.

**WILKINS LAW FIRM**

/s/ Melanie A. Mucario
**Melanie A. Mucario, Esq.**
Florida Bar No. 0549711
Lippes Mathias Wexler Friedman LLP
8322 US Hwy A1A North, Ste. 100
Ponte Vedra Beach, FL 32082
Telephone: (904) 660-0020
Fax:  (904) 660-0029
Email:  mmucario@lippes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2018, I electronically filed the foregoing via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Motion was also sent by first class mail to Plaintiff Tim Foote at:

Tim Foote
3208-C East Colonial Drive, Unit 159
Orlando, Florida 32803

                                                /s/ Melanie A. Mucario
                                                Attorney