UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                                Case No: 6:18-cv-73-Orl-40TBS

CONTINENTAL SERVICE GROUP,

    Defendant.

## ORDER

This cause came on for consideration on review of the file. On June 5, 2018, the Court denied the motion to conduct a telephonic case management conference (Doc. 39) and directed the parties to meet in-person. To date, the parties have not filed their Case Management Report and it is seriously overdue. (See Doc. 2). Now, the parties are **ORDERED** to file the CMR within **seven days.** The failure to do so shall result in the imposition of sanctions which may include dismissal for failure to prosecute or entry of default for failing to comply with the terms of a Court Order, as appropriate.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties