**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIM FOOTE,

      Plaintiff,

v.                                                          Case No:  6:18-cv-73-Orl-40TBS

CONTINENTAL SERVICE GROUP,

      Defendant.
_____/

**ORDER**

This case is **REFERRED** to United States Magistrate Judge Daniel C. Irick, who is not assigned to this case, to conduct a settlement conference. The parties shall attend the conference at Judge Irick's direction, the details of which will be contained in a separate order issued by his Honor.

**DONE AND ORDERED** in Orlando, Florida on June 15, 2018.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties