# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIM FOOTE,**

      **Plaintiff,**

**v.**                                                                **Case No: 6:18-cv-73-Orl-40TBS**

**CONTINENTAL SERVICE GROUP,**

      **Defendant.**

## ORDER

This case has been referred to the undersigned for a settlement conference. Doc. 45. The undersigned has observed that settlement conferences are often unproductive unless the parties have made a serious effort to settle the case on their own by exchanging demands and offers before the conference. **Accordingly, before arriving at the settlement conference** the parties are to negotiate and make a good faith effort to settle the case without the involvement of the Court as follows:

    1. **On or before Wednesday, September 19, 2018,** Plaintiff shall make a written offer to Defendant, which contains a detailed explanation of the basis for any monetary amount or other type of relief demanded; and

    2. **On or before Wednesday, September 26, 2018,** Defendant shall make a written counter-offer to Plaintiff with an explanation of how it arrived at any monetary amount or other type of relief offered.

In the event the foregoing exchange does not resolve this matter, it is further **ORDERED** that:

**On or before Wednesday, October 3, 2018,** each party shall provide the undersigned with a concise confidential statement of the evidence the party expects to produce at trial and a full outline of the settlement negotiations to date, including a copy of Plaintiff's written offer and Defendant's counter-offer outlined above.[1]  Each party shall e-mail their respective reports to chambers at chambers_flmd_Irick@flmd.uscourts.gov.

**All parties and their counsel** shall appear before the undersigned on **Wednesday, October 10, 2018** at **10:00 a.m.** in Courtroom 5C, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.  The Court has set aside two hours for this settlement conference, and expects the settlement conference to conclude within that time.

The representatives attending the settlement conference shall have authority to resolve the case.  Thus, **an individual with full authority to execute any written settlement agreement ultimately reached shall be present at the conference**.  **The failure of any party to appear with such an individual may result in the imposition of sanctions**.  **Should a compromise be reached, the parties will be expected to reduce their agreement to writing at the settlement conference**.

Counsel for each party may bring one laptop and one cellular phone to the settlement conference in order to facilitate settlement discussions and, if necessary, drafting the settlement agreement.  All cellular phones must be silenced upon entering the Courthouse.

---

[1] The undersigned recognizes that the parties will be in the midst of conducting discovery. The parties are nevertheless required to detail the evidence they are aware of in their confidential statement.

      **DONE** and **ORDERED** in Orlando, Florida on June 18, 2018.

                                                          DANIEL C. IRICK
                                              UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties