UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                                  Case No: 6:18-cv-73-Orl-40TBS

CONTINENTAL SERVICE GROUP,

    Defendant.

## ORDER

This case comes before the Court without a hearing on Plaintiff's Unilateral Motion for a Protective Order (Doc. 46). Defendant has not filed a response to the motion and the time within to do so has expired. Plaintiff seeks a protective order to prevent disclosure of the parties' confidential information (Id.). The motion is **DENIED**. As the Court explained in its Case Management and Scheduling Order:

> **F. Confidentiality Agreements** – The parties may reach their own agreement regarding the designation of materials as "confidential." There is no need for the Court to endorse the confidentiality agreement. The Court discourages unnecessary stipulated motions for a protective order. The Court will enforce stipulated and signed confidentiality agreements. *See* Local Rule 4.15. Each confidentiality agreement or order shall provide, or shall be deemed to provide, that "no party shall file a document under seal without first having obtained an order granting leave to file under seal on a showing of particularized need." *See also* "Motions to File Under Seal" below.

(Doc. 44 at 5).

**DONE** and **ORDERED** in Orlando, Florida on July 2, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties