# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TIM FOOTE

      Plaintiff,                                          Case No. 18-cv-00073-PBG-TBS

vs.

TRANS UNION LLC
CONTINENTAL SERVICE GROUP, INC., d/b/a
CONSERVE

      Defendants.

_____/

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT CONTINENTAL SERVICE GROUP, INC.

Plaintiff Tim Foote and Defendant Continental Service Group, Inc. ("Defendant") have reached an agreement on all material terms required to settle all of Plaintiff's claims or causes of action against Defendant, which were or could have been the subject of this lawsuit.

Dated:       July 2, 2018

                                                Respectfully submitted,

                                                /s Christopher A. Walker
                                                Christopher A. Walker, Esq.
                                                Lippes Mathias Wexler Friedman LLP
                                                Attorneys for Defendant Continental Service
                                                Group, Inc. d/b/a ConServe
                                                882 U.S. Highway A1AN, Suite 100
                                                Ponte Vedra Beach, Florida 32082
                                               P: 904-660-0020
                                               F: 904-660-0029
                                               cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2018, I electronically filed the foregoing Notice of Settlement via the CM/ECF system, which should then send notification of such filing to all counsel of record. A copy of the Notice of Settlement was also sent by first class mail to Plaintiff Tim Foote at:

    Tim Foote
    3208-C East Colonial Drive, Unit 159
    Orlando, Florida 32803

    /s Christopher A. Walker
    Christopher A. Walker, Esq.